

# United States District Court
# Eastern District of California

M.M.

Plaintiff(s)

V.

Bondi, et. al,

Defendant(s)

Case Number: 1:26-CV-00813-DC-AC

APPLICATION FOR PRO HAC
VICE AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Lina Seikh hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

M.M.

On ___May 9, 2013___ (date), I was admitted to practice and presently in good standing in the ___Texas___ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☑ I have / ☐ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

1:26-cv-00256-TLN-CKD , 01/12/2026, Pending

Date: ___03/23/2026___

Signature of Applicant: /s/ _Lina M. Seikh_

**Pro Hac Vice Attorney**

Applicant's Name: Lina Seikh

Law Firm Name:

Address: 21701 Stevens Creek Blvd Unit 220

City: Cupertino     State: CA     Zip: 95014

Phone Number w/Area Code: (650)797-9888

City and State of Residence: Cupertino, CA

Primary E-mail Address: lseikh@gmail.com

Secondary E-mail Address: refugioimmigration@gmail.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Cynthia Bautista

Law Firm Name: Bautista Immigration Law, P.C

Address: 1227 Laurel St.

City: San Carlos,     State: CA     Zip: 94070

Phone Number w/Area Code: (650) 674-6070     Bar # 336327

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: March 26, 2026

Dena Coggins
United States District Judge